■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

CALVIN WHITLEY, Appellant.—Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered on September 15, 1983, unanimously affirmed. Motion by appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Sullivan, J. P., Carro, Asch, Rosenberger and Smith, JJ.